PHILIP BARONE, IND., *ETC.*, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. WILLIAM J. SKOWROW, JR., *ET AL.*, DE-
FENDANTS-PETITIONERS.

*Mr. Louis Santorf* for the petitioners.

*Mr. Charles J. Kahwaty* for the respondents.

October 3, 1967.  Granted.

IRENE H. FUSCO, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
HALE FURNITURE CO., INC., *ET AL.*, DEFENDANTS-PE-
TITIONERS.

*Messrs. Vaccaro & Osborne* and *Mr. Robert D. Curran* for
the petitioners.

*Messrs. Mattson, Madden, Polito & Loprete* for the re-
spondents.

October 3, 1967.  Denied.

RESTAURANT ENTERPRISES, INC., PLAINTIFF-RESPON-
DENT, v. THE SUSSEX MUTUAL INSURANCE CO., DE-
FENDANT - PETITIONER, CROSS - RESPONDENT, AND
JOSEPH J, PAGGI, T/A PAGE AGENCY, DEFENDANT-
RESPONDENT, CROSS-PETITIONER.

See same case below: 96 *N. J. Super.* 26.

*Mr. Samuel A. Gennet* for the defendant-petitioner, cross-
respondent.

*Messrs. Kisselman, Devine, Deighan & Montano,* and *Mr.
F. Herbert Owens, III* for the defendant-respondent, cross-
petitioner.

*Messrs. Adamo & Paglinghi* for the plaintiff-respondent.

October 3, 1967.  Granted.